IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

GURU PROPERTIES LLC

    Debtor.

Case No. 11-10101
(Chapter 11)

# DALVIR SINGH'S WITNESS AND EXHIBIT LISTS
# FOR CONFIRMATION HEARING ON JULY 26, 2011

**Witnesses:**

1. Dalvir Singh (30 minutes)

2. Jagmohan Dhillon (30 minutes)

**Exhibits:**

1. Debtor's Petition and Schedules

2. Debtor's Application to Employ Dhillon Management Co.

3. Debtor's First Amended Plan of Reorganization

4. Debtor's Information for Initial Debtor Interview and Attachments

5. Selected Banking Records of Debtor (Checks and Statements) January 1, 2009 to Petition Date.

6. Summary of Undisclosed Insider Payments (Demonstrative)

Dated: July _____, 2011                           Respectfully submitted,

 s/ Larry G. Ball
_____
Larry G. Ball, OBA #12205
Jennifer H. Kirkpatrick, OBA #19504
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
**ATTORNEYS FOR CREDITOR,**
**DALVIR SINGH**

577890.1:732406:00785

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

| | |
|---|---|
| Robert J. Haupt<br>Andrew R. Chilson<br>ATTORNEYS FOR DEBTOR<br>GURU PROPERTIES LLC | Kevin Blaney<br>ATTORNEY FOR EXCEL<br>NATIONAL BANK |
| Charles S. Glidewell<br>U.S. TRUSTEE | |

                                                                       s/ Larry G. Ball